**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **JAKHONGIR ARIPOV** | **CIVIL ACTION NO. 26-0550** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **ELEAZAR GARCIA, JR., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## <u>ORDER</u>

Petitioner Jakhongir Aripov,[1] a detainee in the custody of the Department of Homeland Security and the Bureau of Immigration and Customs Enforcement, petitions for a writ of habeas corpus under 28 U.S.C. § 2241.

**THE CLERK OF COURT IS DIRECTED** to serve a summons, a copy of the Petition, [doc. # 4], and a copy of this Order by certified mail on the United States Attorney for the Western District of Louisiana, the United States Attorney General, DHS/ICE through its Director, and the Warden of Winn Correctional Center.

**IT IS ORDERED** that Respondents file a response to the Petition within **<u>28 days</u>** following the date of service.

**IT IS FURTHER ORDERED** that Petitioner shall have **<u>14 days</u>** following the filing of Respondents' response to file a reply.

When the record is complete, the Court will determine the necessity of an evidentiary hearing.

---

[1] Petitioner's "A Number" is 245-013-574.

2

In Chambers, Monroe, Louisiana, this 24th day of March, 2026.

_____
Kayla Dye McClusky
United States Magistrate Judge