*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION

| | |
|---|---|
| <u>Jakhongir Aripov</u><br>Plaintiff | Case No.   1:26 -cv-0550 |
| VS.<br><u>Eleazar Garcia Jr et Al</u><br>Defendant | Judge   Kayla McClusky<br>Magistrate Judge |

**ORDER**

IT IS ORDERED that <u>Farrukh Nuridinov, Esq.</u> be and is hereby admitted to the bar of

this Court pro hac vice on behalf of <u>Jakhongir Aripov</u> in the above described action.

SO ORDERED on this, the <u>31st</u> day of <u>March</u>, 20<u>26</u> .

_____
U.S. Magistrate Judge