**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **JAKHONGIR ARIPOV** | **CASE NO.  1:26-CV-00550 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ELEAZAR GARCIA JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 14], no objections thereto having been filed, and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Jakhongir Aripov's Petition for Writ of Habeas Corpus [Doc. No. 4] is **DENIED** and **DISMISSED WITHOUT PREJUDICE AS MOOT**.

MONROE, LOUISIANA, this 30th day of June 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE